**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Russell D Jolley |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................ | $    260,500.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................... | $    18,880.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................... | $    279,380.00 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    461,247.35 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $    143,259.50 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    3,448,180.25 |
| **Your total liabilities** | $    4,052,687.10 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.............................................. | $    9,109.32 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*...................................................... | $    8,815.63 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■    Yes

7.    **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Russell D Jolley                                           Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                   $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 143,259.50 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 143,259.50 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Russell D Jolley |
| | First Name      Middle Name      Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

| | | |
|---|---|---|
| 4297 Scenic Acres Drive | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| Riverton    UT    84096-0000 | ☐ Manufactured or mobile home | **Current value of the entire property?**    **Current value of the portion you own?** |
| City    State    ZIP Code | ☐ Land | $521,000.00    $260,500.00 |
| | ☐ Investment property | |
| | ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | ☐ Other | |
| County | **Who has an interest in the property?** Check one | |
| | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ **Check if this is community property** (see instructions) |
| | ■ At least one of the debtors and another | |
| | **Other information you wish to add about this item, such as local property identification number:** | |
| | Residence: Primary | |

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.........................................................=>

$260,500.00

**Part 2:**    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    Russell D Jolley                                       Case number *(if known)* _____

## 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| | | |
|---|---|---|
| 3.1 | Make: **Lexus** | |
| | Model: **GX460** | |
| | Year: **2013** | |
| | Approximate mileage: **60000** | |
| | Other information: | |
| | Vehicle: | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$27,000.00    $13,500.00

| | | |
|---|---|---|
| 3.2 | Make: **Dodge** | |
| | Model: **Ram 2500** | |
| | Year: **2010** | |
| | Approximate mileage: **160000** | |
| | Other information: | |
| | Vehicle: Partial legal title only--All payments have been made by debtor's company, Classic Excavation. Vehicle is used for company. Vehicle is title in name of Classic Excavation and debtor. | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$21,000.00    $0.00

## 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| | | |
|---|---|---|
| 4.1 | Make: **CB Trailer** | |
| | Model: **Dump Trailer** | |
| | Year: **2019** | |
| | Other information: | |
| | Vehicle: Partial legal title only--All payments have been made by debtor's company, Classic Excavation. Vehicle is used for company. Vehicle is title in name of Classic Excavation and debtor. | |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$8,000.00    $0.00

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>

$13,500.00

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

## 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor 1      Russell D Jolley                                          Case number (*if known*)  _____

| | |
|---|---|
| Household: 1 couch,   3 dressers 3 side tables  patio furniture | $375.00 |
| kitchen table, chairs, barstools | $100.00 |
| 2 beds and bedding | $100.00 |
| Rug | $50.00 |
| Refrigerator | $200.00 |
| 2nd refrigerator | $100.00 |

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Electronics:  Xbox | $100.00 |
| TV | $400.00 |
| Samsung Galaxy S8+ cell phone | $150.00 |
| Dell laptop. Approximately 3 years old. | $200.00 |

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ■ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Firearms: 1 pistol 1 shotgun 1 hunting rifle, small amount of ammunitiion | $650.00 |

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor 1 | Russell D Jolley | Case number *(if known)* | |

| Clothes: 50 shirts 25 pants 8 coats 10 pairs of shoes socks underware | $500.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| Jewelry: 1 wedding ring | $250.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| Animals: 1 Shih tzu | $0.00 |

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................** | $3,175.00 |

| **Part 4:** | **Describe Your Financial Assets** |

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.......................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes......................                Institution name:

| 17.1. | | Checking Account: America First Credit Union | $400.00 |
| 17.2. | Checking | Checking/Savings Account at Cyprus Credit Union | $5.00 |
| 17.3. | | Savings Account: America First Credit Union | $25.00 |
| 17.4. | Checking/Savings | Checking/savings account at US Bank. Debtor's name is on account but he has never made any deposits into account. All funds in account are from his wife's work, rental property, and other business ventures. | $0.00 |

Debtor 1    Russell D Jolley

Case number *(if known)*

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes.................

    Institution or issuer name:

    Zynga stock held in Robinhood app                                                    $100.00

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them..................
       Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
       Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Official Form 106A/B                        Schedule A/B: Property                                page 5

Debtor 1    Russell D Jolley                                    Case number *(if known)*

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes.  Give specific information..

| | |
|---|---|
| Startup costs debtor paid on behalf of Classic Excavation, LLC, to start business. Currently not collectable. | $1,500.00 |

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Insurance: 20 year term life policy, death benefit only with Mass Mutual | Ana L. Jolley and Russ Jolley | $0.00 |
| Insurance: Whole life policy that has since lapsed **is term life coverage still current? Company: Metlife | Scooter Hammer | $0.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here**.................................................................................................................

| |
|---|
| $2,030.00 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.

Debtor 1     Russell D Jolley                                          Case number *(if known)*

■ Yes.  Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes.  Describe.....

39.  **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes.  Describe.....

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ■ No
    ☐ Yes.  Describe.....

41.  **Inventory**
    ■ No
    ☐ Yes.  Describe.....

42.  **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes.  Give specific information about them...................
                Name of entity:                                    % of ownership:

43.  **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        ■ No
        ☐ Yes.  Describe.....

44.  **Any business-related property you did not already list**
    ☐ No
    ■ Yes. Give specific information.........

        50 % ownership of Classic Excavation, LLC. Company  owns a motorized
        jack worth approximately $2,000 with $1,000 in secured liens. Company has
        some receivables and also some debts, including payments to employees
        and other general bills.                                                $0.00

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................................................     $0.00

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1    Russell D Jolley    Case number *(if known)* _____

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| | |
|---|---|
| Other: Lawn Mower | $25.00 |
| Other: Snow Blower | $100.00 |
| Other: Hand Drill, Saw, Leaf Blower | $50.00 |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  $175.00

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ..................................................................................................  $260,500.00

56. **Part 2: Total vehicles, line 5**  $13,500.00
57. **Part 3: Total personal and household items, line 15**  $3,175.00
58. **Part 4: Total financial assets, line 36**  $2,030.00
59. **Part 5: Total business-related property, line 45**  $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**  $0.00
61. **Part 7: Total other property not listed, line 54**  +  $175.00

62. **Total personal property.** Add lines 56 through 61...  $18,880.00    Copy personal property total  $18,880.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62  $279,380.00

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Russell D Jolley |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 4297 Scenic Acres Drive Riverton, UT 84096<br>Residence: Primary<br>Line from *Schedule A/B*: 1.1 | $260,500.00 | ☑       $42,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-503(2)(a)(ii), (2)(b)(ii) |
| Household: 1 couch,  3 dressers 3 side tables  patio furniture<br>Line from *Schedule A/B*: 6.1 | $375.00 | ☑       $375.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-506(1)(a) |
| kitchen table, chairs, barstools<br>Line from *Schedule A/B*: 6.2 | $100.00 | ☑       $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-506(1)(b) |
| 2 beds and bedding<br>Line from *Schedule A/B*: 6.3 | $100.00 | ☑       $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(viii)(E) |
| Rug<br>Line from *Schedule A/B*: 6.4 | $50.00 | ☑       $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(viii)(B) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

12/18/19  9:23AM

Debtor 1    Russell D Jolley

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own

Copy the value from *Schedule A/B* | Amount of the exemption you claim

*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Refrigerator
Line from *Schedule A/B*: 6.5 | $200.00 | ■ $200.00
☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(viii)(A) |
| Samsung Galaxy S8+ cell phone
Line from *Schedule A/B*: 7.3 | $150.00 | ■ $150.00
☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-506(2) |
| Dell laptop. Approximately 3 years old.
Line from *Schedule A/B*: 7.4 | $200.00 | ■ $200.00
☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-506(2) |
| Firearms: 1 pistol 1 shotgun 1 hunting rifle, small amount of ammunitiion
Line from *Schedule A/B*: 10.1 | $650.00 | ■ $650.00
☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(xvii) |
| Clothes: 50 shirts 25 pants 8 coats 10 pairs of shoes socks underware
Line from *Schedule A/B*: 11.1 | $500.00 | ■ $500.00
☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(viii)(D) |
| Jewelry: 1 wedding ring
Line from *Schedule A/B*: 12.1 | $250.00 | ■ $250.00
☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-506(1)(d) |
| Insurance: 20 year term life policy, death benefit only with Mass Mutual Beneficiary: Ana L. Jolley and Russ Jolley
Line from *Schedule A/B*: 31.1 | $0.00 | ■ Unknown
☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(xi) |
| Insurance: 20 year term life policy, death benefit only with Mass Mutual Beneficiary: Ana L. Jolley and Russ Jolley
Line from *Schedule A/B*: 31.1 | $0.00 | ☐
■ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(xii) |

3.  **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■  No

☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐  No

    ☐  Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Russell D Jolley |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.1 | America First Credit Union | | | |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**          $30,000.00          $27,000.00          $3,000.00

2013 Lexus GX460 60000 miles
Vehicle:

9380 s State Street
Sandy, UT 84070

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 11/16/2016          **Last 4 digits of account number** _____

| 2.2 | Best Buy | | | |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**          $400.00          $400.00          $0.00

TV

7643 Jordan Landing
BLVD
West Jordan, UT 84084

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____          **Last 4 digits of account number** _____

Debtor 1   Russell D Jolley                                        Case number (if known) _____
           First Name      Middle Name      Last Name

| 2.3 | Mountain America Credit Union | Describe the property that secures the claim: | $18,916.03 | $21,000.00 | $0.00 |
|-----|-------------------------------|-----------------------------------------------|------------|------------|-------|

Creditor's Name

2010 Dodge Ram 2500 160000 miles
Vehicle: Partial legal title only--All
payments have been made by debtor's
company, Classic Excavation. Vehicle
is used for company. Vehicle is title in
name of Classic Excavation and
debtor.

5382 w Daybreak Parkway
South Jordan, UT 84095

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   06/10/2019          Last 4 digits of account number   8523

| 2.4 | Mountain America Credit Union | Describe the property that secures the claim: | $6,293.86 | $8,000.00 | $0.00 |
|-----|-------------------------------|-----------------------------------------------|-----------|-----------|-------|

Creditor's Name

2019 CB Trailer Dump Trailer
Vehicle: Partial legal title only--All
payments have been made by debtor's
company, Classic Excavation. Vehicle
is used for company. Vehicle is title in
name of Classic Excavation and
debtor.

5382 w Daybreak Parkway
South Jordan, UT 84095

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   06/18/2019          Last 4 digits of account number   8523

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Russell D Jolley

First Name          Middle Name          Last Name

Case number (if known) _____

| 2.5 | Wells Fargo Home Mortgage | | $405,637.46 | $521,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

4297 Scenic Acres Drive Riverton, UT 84096
Residence: Primary

PO 51162
Los Angeles, CA
90051-5462

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Date debt was incurred**   04/1/2017        **Last 4 digits of account number**   9956

| Add the dollar value of your entries in Column A on this page. Write that number here: | $461,247.35 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $461,247.35 |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Russell D Jolley |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | Internal Revenue Service | $135,916.92 | Unknown | Unknown |

Priority Creditor's Name
178 S Rio Grande St
Salt Lake City, UT 84101
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?  2017-2019

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify
Personal liability for unpaid withholding taxes of Legendary X, Inc. for 2018

Debtor 1    Russell D Jolley

Case number (if known) _____

| 2.2 | UTAH STATE TAX COMMISSION | Last 4 digits of account number _____ | $7,342.58 | Unknown | Unknown |

Priority Creditor's Name

**210 NORTH 1950 WEST**
**SALT LAKE CITY, UT 84134-0100**
Number Street City State Zip Code

**When was the debt incurred?**    2017-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
Personal liability for unpaid withholding taxes of
Legendary X, Inc.

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority
unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more
than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of
Part 2.

|  |  | Total claim |

| 4.1 | A-CORE CONCRETE CUTTING | Last 4 digits of account number _____ | $7,349.50 |

Nonpriority Creditor's Name

**5360 SOUTH RILEY LANE**
**Salt Lake City, UT 84107**
Number Street City State Zip Code

**When was the debt incurred?**    2018-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or
debt of Legendary X, Inc.

---

Debtor 1    Russell D Jolley

Case number (if known) _____

---

| 4.2 | ACCENAGROUP | **Last 4 digits of account number** _____ | $325.00 |
|---|---|---|---|

Nonpriority Creditor's Name
885 S. OREM BLVD
Orem, UT 84058
Number Street City State Zip Code

**When was the debt incurred?**    2018

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.3 | ADOBE ROCK PRODUCTS | **Last 4 digits of account number** _____ | $2,651.96 |
|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 1336
Grantsville, UT 84029
Number Street City State Zip Code

**When was the debt incurred?**    2018

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.4 | AHERN RENTALS | **Last 4 digits of account number** _____ | $70,411.93 |
|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 271390
Las Vegas, NV 89127
Number Street City State Zip Code

**When was the debt incurred?**    2018

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1    Russell D Jolley _____    Case number (if known) _____

---

| 4.5 | ALISHA UNUTOA | Last 4 digits of account number _____ | $4,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

4381 N COCHRANE LANE
Tooele, UT 84074

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.6 | America First Credit Union | Last 4 digits of account number _____ | $482.41 |
|---|---|---|---|

Nonpriority Creditor's Name

P.O. Box 9199
Ogden, UT 84409-0199

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    Overdraft on checking account

---

| 4.7 | American First Credit Union | Last 4 digits of account number   7771 | $5,502.83 |
|---|---|---|---|

Nonpriority Creditor's Name

9380 s State Street
Sandy, UT 84070

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    Credit purchases for debtor and debtor's business, Classic Excavation, LLC.

---

Debtor 1   Russell D Jolley

Case number (if known) _____

| 4.8 | AMERICAN TESTING SERVICES INC. | | | |

AMERICAN TESTING SERVICES INC.
Nonpriority Creditor's Name
2580 SOUTH WEST TEMPLE
SALT LAKE CITY, UT 84115
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   $2,926.37

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.9 | Big D Construction |

Big D Construction
Nonpriority Creditor's Name
404 West 400 South
Salt Lake City, UT 84101
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   2018-2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.10 | BIG RED PAVING |

BIG RED PAVING
Nonpriority Creditor's Name
P.O BOX 1754
Orem, UT 84059
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   $3,250.00

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability for business loan or debt of Legendary X, Inc.

---

12/18/19  9:23AM

Debtor 1   Russell D Jolley

Case number (if known) _____

---

| 4.1 1 | BRUNDAGE BONE CONCRETE PUMPING | | $12,170.45 |
|---|---|---|---|

Nonpriority Creditor's Name

PO BOX 413047

Salt Lake City, UT 84141

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.1 2 | BURBIDGE CONCRETE PUMPING | | $571.92 |
|---|---|---|---|

Nonpriority Creditor's Name

PO BOX 65571

Salt Lake City, UT 84165

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.1 3 | BUSY BUSY | | $38.75 |
|---|---|---|---|

Nonpriority Creditor's Name

PO BOX 747

Saint George, UT 84771

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   Russell D Jolley

Case number (if known) _____

---

| 4.1 4 | Capital One/ Cabela's | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
P.O. Box 30285
Salt Lake City, UT 84130-0287
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Potential claims re closed credit account

---

| 4.1 5 | CAT COMMERCIAL REVOLVING CARD | | Last 4 digits of account number _____ | $2,958.12 |

Nonpriority Creditor's Name
DEPT. 33 -8026419440 PO BOX 78004
PHOENIX, AZ 85062-8004
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.1 6 | CAT FINANCIAL | | Last 4 digits of account number _____ | $257,343.07 |

Nonpriority Creditor's Name
PO BOX 100647
PASADENA, CA 91189
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known) _____

---

| 4.17 | CHRISTENSEN OIL COMPANY | Last 4 digits of account number _____ | $60,664.77 |

Nonpriority Creditor's Name
PO BOX 818
PROVO, UT 84603
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.18 | CINCINNATI INSURANCE COMPANY | Last 4 digits of account number _____ | $11,683.00 |

Nonpriority Creditor's Name
PO BOX 145620
CINCINNATI, OH 45250
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.19 | CLIFTON LARSON ALLEN | Last 4 digits of account number _____ | $3,925.00 |

Nonpriority Creditor's Name
6955 S UNION PARK CENTER ,
SUITE 300
SALT LAKE CITY, UT 84047
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known)

---

**4.2 0**

CLIFTON LARSON ALLEN
Nonpriority Creditor's Name
6955 S UNION PARK CENTER ,
SUITE 300
SALT LAKE CITY, UT 84047
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number                    $500.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Preparation of 2018 taxes

---

**4.2 1**

Codi Woner
Nonpriority Creditor's Name
151 E Midvillage Blvd
Apt. 219
Sandy, UT 84070
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number                    Unknown

When was the debt incurred?   2019

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Potential  personal liability for wage claim against Legendary X

---

**4.2 2**

COMMERCIAL TIRE
Nonpriority Creditor's Name
575 NORTH 400 WEST
NORTH SALT LAKE, UT 84054
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number                    $951.80

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known) _____

---

| 4.2 3 | CORE & MAIN LP | | Last 4 digits of account number ___ ___ ___ ___ | $12,400.01 |

**Nonpriority Creditor's Name**
PO BOX 28330
ST LOUIS, MO 63146

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.2 4 | CORE & MAIN LP | | Last 4 digits of account number ___ ___ ___ ___ | $1,000.00 |

**Nonpriority Creditor's Name**
PO BOX 28330
ST LOUIS, MO 63146

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential liability for personally guaranteed debts of Classic Excavation, LLC.

---

| 4.2 5 | CTC MANAGEMENT, INC | | Last 4 digits of account number ___ ___ ___ ___ | $1,000.00 |

**Nonpriority Creditor's Name**
PO BOX 387
OAKLEY, UT 84055

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known) _____

| | | |
|---|---|---|
| **4.2 6** | | |

**D.C & M LANDSCAPE**                                    Last 4 digits of account number _____     $22,830.00

Nonpriority Creditor's Name
8817 SOUTH REDWOOD ROAD # A               **When was the debt incurred?** _____
WEST JORDAN, UT 84088
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ■ Disputed
■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims
■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                          ■ Other. Specify   Potential personal liability for business loan or
☐ Yes                                                                        debt of Legendary X, Inc.

---

| | | |
|---|---|---|
| **4.2 7** | | |

**DANIEL GARCIA**                                        Last 4 digits of account number _____     $356.93

Nonpriority Creditor's Name
196 E 2400 S                                             **When was the debt incurred?** _____
CLEARFIELD, UT 84015
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ■ Disputed
■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims
■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                          ■ Other. Specify   Potential personal liability for wages unpaid by
☐ Yes                                                                        Legendary X, Inc.

---

| | | |
|---|---|---|
| **4.2 8** | | |

**DIAMOND RENTAL**                                       Last 4 digits of account number _____     $2,491.64

Nonpriority Creditor's Name
328 WEST WHITNEY AVE                                     **When was the debt incurred?** _____
SALT LAKE CITY, UT 84111
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ■ Disputed
■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims
■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                          ■ Other. Specify   Potential personal liability for business loan or
☐ Yes                                                                        debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known) _____

---

**4.2 9**

**DIANES TESTING SERVICES LLC**
Nonpriority Creditor's Name
PO BOX 175
TOOELE, UT 84074
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     $385.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.3 0**

**Doug Atamanchuk**
Nonpriority Creditor's Name
14 S State St Apt B
Preston, ID 83263
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred?    2018-2019

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability for wage claims against Legendary X, Inc.

---

**4.3 1**

**DUDLEY CONCRETE PUMPING**
Nonpriority Creditor's Name
712 SOUTH AUTO MALL DRIVE
AMERICAN FORK, UT 84003
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     $752.50

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known) _____

---

**4.3 2**

**Eastridge Herriman, LLC**
Nonpriority Creditor's Name
c/o Peter A Klc and Associates
4725 S HOLLADAY BLVD STE 210
Salt Lake City, UT 84117
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability for business debt

---

**4.3 3**

**ECCO EQUIPMENT CORP**
Nonpriority Creditor's Name
1108 W 200 SOUTH
LINDON, UT 84042
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   $13,767.75

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.3 4**

**ELITE HYDRO SERVICES**
Nonpriority Creditor's Name
7616 BARTON HOLLOW DR.
WEST JORDAN, UT 84084
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   $3,300.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1    Russell D Jolley

Case number (if known) _____

---

**4.3 5**

**EQUIPMENT TRANSPORT, INC**                             Last 4 digits of account number _____                    $3,357.50
Nonpriority Creditor's Name
14541 SOUTH 2395 WEST                                     When was the debt incurred? _____
BLUFFDALE, UT 84065
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ■ Disputed
■ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                 ☐ Student loans
debt                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                         ■ Other. Specify    Potential personal liability for business loan or
☐ Yes                                                                        debt of Legendary X, Inc.

---

**4.3 6**

**EVAN'S GRADER AND PAVING**                              Last 4 digits of account number _____                    $172.85
Nonpriority Creditor's Name
2097 IRONTON BLVD                                         When was the debt incurred? _____
PROVO, UT 84606
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ■ Disputed
■ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                 ☐ Student loans
debt                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                         ■ Other. Specify    Potential personal liability for business loan or
☐ Yes                                                                        debt of Legendary X, Inc.

---

**4.3 7**

**FABco LLC**                                             Last 4 digits of account number _____                    $25,925.34
Nonpriority Creditor's Name
13835 Beaumont Hwy                                       When was the debt incurred? _____
Houston, TX 77049
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ■ Disputed
■ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                 ☐ Student loans
debt                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                         ■ Other. Specify    Potential personal liability for business loan or
☐ Yes                                                                        debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known)

---

| 4.3 8 | FOR SHOR COMPANY | Last 4 digits of account number | $37,379.26 |
|---|---|---|---|

Nonpriority Creditor's Name

4446 WEST 1730 SOUTH

SALT LAKE CITY, UT 84104

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.3 9 | G-N TRUCKING | Last 4 digits of account number | $2,478.26 |
|---|---|---|---|

Nonpriority Creditor's Name

55 W OAKLAND AVE

SALT LAKE CITY, UT 84115

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.4 0 | GENE PETERSON CONCRETE, INC | Last 4 digits of account number | $32,461.20 |
|---|---|---|---|

Nonpriority Creditor's Name

2002 W 1500 N

LEHI, UT 84043

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1    Russell D Jolley

Case number (if known)

---

**4.4 1**

**GENEVA PIPE COMPANY**

Nonpriority Creditor's Name

1465 WEST 400 NORTH
OREM, UT 84057

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

$29,615.73

---

**4.4 2**

**GERDTS CONCRETE**

Nonpriority Creditor's Name

3950 S 500 W
MILLCREEK, UT 84123

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

$20,570.80

---

**4.4 3**

**Giancarlo Pinon**

Nonpriority Creditor's Name

6513 Clernates Dr
West Jordan, UT 84081

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    2018-2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential  personal liability for wage claim against Legendary X

Unknown

---

Debtor 1   Russell D Jolley

Case number (if known) _____

---

| 4.4 4 | HAMMERS AUTOMOTIVE | Last 4 digits of account number _____ | $2,326.27 |

Nonpriority Creditor's Name
1178 SOUTH 425 WEST
BOUNTIFUL, UT 84101
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.4 5 | HARPER CONSTRUCTION MATERIAL | Last 4 digits of account number _____ | $200,115.81 |

Nonpriority Creditor's Name
PO BOX 18549
SALT LAKE CITY, UT 84118
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.4 6 | HD SUPPLY  /WHITE CAP | Last 4 digits of account number _____ | $2,817.62 |

Nonpriority Creditor's Name
PO BOX 6040
CYPRUS, CA 90630
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1    Russell D Jolley

Case number (if known)

---

**4.47**

**HERRIMAN CITY**

Nonpriority Creditor's Name
5355 W HERRIMAN MAIN ST
Herriman, UT 84096
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

$1,682.98

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.48**

**HONNEN EQUIPMENT**

Nonpriority Creditor's Name
5055 E 72ND AVE
Commerce City, CO 80022
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

$19,126.93

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.49**

**HOWE RENTS**

Nonpriority Creditor's Name
4235 SOUTH 500 WEST
Salt Lake City, UT 84123
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

$1,351.31

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1    Russell D Jolley

Case number *(if known)*

---

| 4.5 0 | **JACK B PARSON COMPANIES** | **Last 4 digits of account number** _____ | $44,461.56 |
|---|---|---|---|

Nonpriority Creditor's Name
2350 SOUTH 1900 WEST # 100
Ogden, UT 84401

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.5 1 | **JC PATERSON TRUCKING** | **Last 4 digits of account number** _____ | $9,520.00 |
|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 18879
Salt Lake City, UT 84118

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.5 2 | **JOHN DEERE FINANCIAL** | **Last 4 digits of account number** _____ | $43,067.88 |
|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 4450
Carol Stream, IL 60197-4450

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known) _____

---

**4.5 3**

Jonathan G. Hammer
Nonpriority Creditor's Name
1334 N 500 W.
Woods Cross, UT 84087
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____     $3,571.57

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.5 4**

JR SMITH TRANSPORT LLC
Nonpriority Creditor's Name
1167 PIONEER ROAD
DRAPER, UT 84020
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____     $4,850.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.5 5**

Kameron Knobel
Nonpriority Creditor's Name
3458 W Winding Creek Ln
Riverton, UT 84065
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred?   2018-2019

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for wage claim against Legendary X

---

Debtor 1   Russell D Jolley

Case number (if known)

| 4.5 6 | KEVIN D MAJOR, INC | Last 4 digits of account number | $640.75 |

Nonpriority Creditor's Name
PO BOX 343
MIDVALE, UT 84047
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☑ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

| 4.5 7 | KOMATSU EQUIPMENT | Last 4 digits of account number | $183,258.91 |

Nonpriority Creditor's Name
PO BOX 842326
DALLAS, TX 75284-2326
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☑ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

| 4.5 8 | KOMATSU FINANCIAL | Last 4 digits of account number | $297,707.46 |

Nonpriority Creditor's Name
PO BOX 99303
CHICAGO, IL 60693
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☑ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

Debtor 1   Russell D Jolley

Case number (if known) _____

---

**4.59**

Landon Carter
Nonpriority Creditor's Name
4249 W Juniper Shade Dr.
Herriman, UT 84096
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential  personal liability for wage claim against Legendary X

---

**4.60**

LARRYS TOWING
Nonpriority Creditor's Name
511 SOUTH 1325 WEST
OREM, UT 84058
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $1,220.63

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.61**

LBH Construction, Inc.
Nonpriority Creditor's Name
3812 W 8250 S
West Jordan, UT 84088
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $10,397.50

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known) _____

---

| | | |
|---|---|---|
| 4.6 2 | **LG CONCRETE LLC** | $94,895.00 |

Nonpriority Creditor's Name
2556 S FARGO ST
WEST VALLEY, UT 84119
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| | | |
|---|---|---|
| 4.6 3 | **LILY POOLE** | $47,000.00 |

Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| | | |
|---|---|---|
| 4.6 4 | **M & R TRANSPORTATION** | $29,105.00 |

Nonpriority Creditor's Name
PO BOX 1893
SANDY, UT 84091
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known)

---

**4.6 5**

MORGAN ASPHALT

Nonpriority Creditor's Name

1970 NORTH REDWOOD ROAD
SALT LAKE CITY, UT 84116

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

$750.00

---

**4.6 6**

Mountain America Credit Union

Nonpriority Creditor's Name

5382 w Daybreak Parkway
South Jordan, UT 84095

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   8523

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Credit purchases for debtor and debtor's former company, Legendary Excavation, Inc.

$11,004.11

---

**4.6 7**

Mountain America Credit Union

Nonpriority Creditor's Name

5382 w Daybreak Parkway
South Jordan, UT 84095

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for deficiency claims of vehicles purchased by Legendary X, Inc. and later returned.

Unknown

---

Debtor 1    Russell D Jolley

Case number (if known) _____

---

| 4.68 | NACM - DURA-CRETE | | Last 4 digits of account number _____ | $45,130.96 |
|---|---|---|---|---|

**Nonpriority Creditor's Name**
PO BOX 65489
SALT LAKE CITY, UT 84165
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.69 | NACM - Mile High Transport | | Last 4 digits of account number _____ | $33,240.00 |
|---|---|---|---|---|

**Nonpriority Creditor's Name**
5568 S. 300 W.
Murray, UT 84107
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.70 | Nathan Pehrson | | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|---|

**Nonpriority Creditor's Name**
3976 S 400 E
Salt Lake City, UT 84107
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential  personal liability for wage claim against Legendary X

---

Debtor 1   Russell D Jolley

Case number (if known)

---

**4.7 1**

**Nathaniel Lucas**

Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential  personal liability for wage claim against Legendary X

Unknown

---

**4.7 2**

**OLDCASTLE INFRASTRUCTURE**

Nonpriority Creditor's Name
PO BOX 12730
OGDEN, UT 84412
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

$5,501.28

---

**4.7 3**

**PACIFIC WEST**

Nonpriority Creditor's Name
1515 W 2200 S, STE C
SALT LAKE CITY, UT 84119
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

$15,251.28

---

Debtor 1   Russell D Jolley

Case number *(if known)*

---

| 4.7 4 | PDR Group | Last 4 digits of account number | $48,304.73 |

Nonpriority Creditor's Name
3051 W Maple Loop Dr Ste 101
Lehi, UT 84043

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☑ Disputed

☑ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☑ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.7 5 | PECK STRIPING | Last 4 digits of account number | $154.50 |

Nonpriority Creditor's Name
PO BOX 271070
Salt Lake City, UT 84127

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☑ Disputed

☑ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☑ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.7 6 | PECK TRAFFIC SAFETY, LLC | Last 4 digits of account number | $12,556.45 |

Nonpriority Creditor's Name
PO BOX 271070
SALT LAKE CITY, UT 84127

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☑ Disputed

☑ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☑ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known)

---

**4.7 7**

**Pentalon Construction**
Nonpriority Creditor's Name
4376 S. 700 E. Ste. 100
Salt Lake City, UT 84107
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $400,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential  personal liability for claim against Legendary X

---

**4.7 8**

**PETES DIESEL REPAIR INC**
Nonpriority Creditor's Name
5701 W. 700 S
SALT LAKE CITY, UT 84104
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $2,950.45

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.7 9**

**PHILLIPS HEAVY EQUIPMENT**
Nonpriority Creditor's Name
PO BOX 145
TOOELE, UT 84074
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $4,625.39

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known) _____

| 4.8 0 | PREFERRED PAVING | Last 4 digits of account number _____ | $48,380.21 |
|---|---|---|---|

Nonpriority Creditor's Name
3280 WEST DIRECTORS ROW
SALT LAKE CITY, UT 84104
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

| 4.8 1 | QUALITY TIRE | Last 4 digits of account number _____ | $7,417.53 |
|---|---|---|---|

Nonpriority Creditor's Name
1335 WEST 2100 SOUTH
SALT LAKE CITY, UT 84119
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

| 4.8 2 | RIVERTON HARDWARE AND BUILDING | Last 4 digits of account number _____ | $22,111.00 |
|---|---|---|---|

Nonpriority Creditor's Name
12773 SOUTH REDWOOD RD
RIVERTON, UT 84065
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

Debtor 1    Russell D Jolley

Case number (if known)

---

| 4.8 3 | ROCKY MOUNTAIN POWER | Last 4 digits of account number | | $12,367.32 |

**Nonpriority Creditor's Name**
CCO Claim Payments, PO BOX
26000
Portland, OR 97256-0001
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.8 4 | ROCKY MOUNTAIN TAPPING | Last 4 digits of account number | | $1,400.00 |

**Nonpriority Creditor's Name**
27570 N 11000 E
FAIRVIEW, UT 84629
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.8 5 | ROCKY MOUTAIN TRANSIT & LASER | Last 4 digits of account number | | $3,622.63 |

**Nonpriority Creditor's Name**
612 CONFLUENCE AVE
MURRAY, UT 84123
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known)

---

**4.8 6**

SCHMUTZ & MOHLMAN
Nonpriority Creditor's Name
190 NORTH MAIN STREET # 100
BOUNTIFUL, UT 84010
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                       $10,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.8 7**

Scooter Hammer
Nonpriority Creditor's Name
4381 N Cochrane Lane
Tooele, UT 84074
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                       Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.8 8**

STAKER PARSON
Nonpriority Creditor's Name
2350 SOUTH 1900 WEST # 100
OGDEN, UT 84401
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                       $39,968.62

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known) _____

---

**4.89**

SUNBELT RENTAL

Nonpriority Creditor's Name

55 EAST 2400 SOUTH
Salt Lake City, UT 84115

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $14,747.41

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.90**

SUNBELT RENTAL

Nonpriority Creditor's Name

55 EAST 2400 SOUTH
Salt Lake City, UT 84115

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $1,200.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential liability for personally guaranteed debts of Classic Excavation, LLC.

---

**4.91**

SUPERIOR PIPE LLC

Nonpriority Creditor's Name

10026 N SAGE ROAD WEST
CEDAR HILLS, UT 84062

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $550.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known)

---

| 4.9 2 | Ted W. Christensen | Last 4 digits of account number | $77.09 |

Nonpriority Creditor's Name
5324 W. Saddle Hollow Place
West Jordan, UT 84081

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.9 3 | TIMP RENTALS | Last 4 digits of account number | $2,088.53 |

Nonpriority Creditor's Name
155 WEST 800 NORTH
OREM, UT 84057

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

| 4.9 4 | TOM RANDALL DISTRIBUTING | Last 4 digits of account number | $23,884.01 |

Nonpriority Creditor's Name
415 NORTH SUGAR STREET
LAYTON, UT 84041

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1    Russell D Jolley

Case number (if known) _____

---

**4.9 5**

**TRENCH SHORING SERVICES**

Nonpriority Creditor's Name

6770 E 56TH AVENUE
COMMERCE, CO 80022
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    $17,984.70

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.9 6**

**TWIN D INC**

Nonpriority Creditor's Name

3038 N 750 E
LAYTON, UT 84041
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    $962.50

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.9 7**

**UNDERGROUND SAFETY & EQUIPMENT**

Nonpriority Creditor's Name

7305 E GREEN ROAD
SCOTTSDALE, UT 85260
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    $7,423.06

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1    Russell D Jolley

Case number (if known) _____

---

**4.98**

**UNITED RENTAL**

Nonpriority Creditor's Name

1070 WEST 2100 SOUTH
SALT LAKE CITY, UT 84119

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    $17,936.40

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.99**

**Updwell**

Nonpriority Creditor's Name

890 Heritage Park Blvd Suite 104
Layton, UT 84041

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    $200,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential  personal liability for  claim against Legendary X

---

**4.100**

**US Bank**

Nonpriority Creditor's Name

1090 n 500 e
NSL, UT 84054

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 9196                    $3,315.39

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Credit card debt incurred for debtor and debtor's business, Classic Excavation

---

Debtor 1   Russell D Jolley

Case number (if known) _____

---

**4.1
01**

**US BANK**

Nonpriority Creditor's Name

PO BOX 790408 & PO BOX 790179
ST LOUIS, MO 63179

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                     $19,419.39

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

**4.1
02**

**Vladimir Dominguez**

Nonpriority Creditor's Name

263 E Hidden View Dr
Apt 265
Sandy, UT 84070

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                     Unknown

**When was the debt incurred?**   2018-2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential  personal liability for wage claim against Legendary X

---

**4.1
03**

**WASATCH IT**

Nonpriority Creditor's Name

5242 S COLLEGE DRIVE #200
MURRAY, UT 84123

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                     $262.50

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

---

Debtor 1   Russell D Jolley

Case number (if known) _____

---

**4.1
04**

**Wasatch Residential**
Nonpriority Creditor's Name
620 State Street
Salt Lake City, UT 84111
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential  personal liability for claim against Legendary X

$200,000.00

---

**4.1
05**

**WESTERN PAVING INC.**
Nonpriority Creditor's Name
PO BOX 490
SPRINGVILLE, UT 84663
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

$51,643.25

---

**4.1
06**

**WHEELER MACHINERY CO**
Nonpriority Creditor's Name
PO BOX 413071
SALT LAKE CITY, UT 84141
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability for business loan or debt of Legendary X, Inc.

$34,835.81

---

Debtor 1    Russell D Jolley

Case number (if known)

| 4.1 07 | William Schulz | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    2018-2019

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Contingent
- [ ] Debtor 2 only
- [ ] Unliquidated
- [ ] Debtor 1 and Debtor 2 only
- [x] Disputed
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- [x] No
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes
- [x] Other. Specify    Potential  personal liability for wage claim against Legendary X

| 4.1 08 | WORKERS COMPENSATION INSURANCE | Last 4 digits of account number | | $5,670.70 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 2227
SANDY, UT 84091-2227

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Contingent
- [ ] Debtor 2 only
- [ ] Unliquidated
- [ ] Debtor 1 and Debtor 2 only
- [x] Disputed
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- [x] No
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes
- [x] Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

| 4.1 09 | WORLDWIDE RENTAL SERVICES | Last 4 digits of account number | | $45,255.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 172363
DENVER, CO 80217

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Contingent
- [ ] Debtor 2 only
- [ ] Unliquidated
- [ ] Debtor 1 and Debtor 2 only
- [x] Disputed
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- [x] No
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes
- [x] Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

Debtor 1    Russell D Jolley

Case number (if known) _____

| 4.1 10 | | | |
|---|---|---|---|

**ZION BANK**
Nonpriority Creditor's Name
2950 WEST 3500 SOUTH
WEST VALLEY CITY, UT 84119
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        $421,119.22

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability for business loan or debt of Legendary X, Inc.

---

<table>
<tr><td colspan="2">**Part 3:**    List Others to Be Notified About a Debt That You Already Listed</td></tr>
</table>

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
David C Anderson
341 S Main St., Suite 500
Salt Lake City, UT 84111

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.73 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Duane Burnett
4446 W 1730 S
Salt Lake City, UT 84104

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.38 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Gregory S. Roberts
Ray Quinney & Nebeker
P.O. Box 45385
Salt Lake City, UT 84145-0385

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.74 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Hyrum J Bosserman
Bennett Tueller Johnson & Deere
3165 E Millrock Dr., Suite 500
Salt Lake City, UT 84121

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.82 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Jeremy Hoffman
175 S Main Street Suite 850
Salt Lake City, UT 84111

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.80 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Narazio Jureidini
8350 Eastgate Rd
Henderson, NV 89015

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.4 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

<table>
<tr><td colspan="2">**Part 4:**    Add the Amounts for Each Type of Unsecured Claim</td></tr>
</table>

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

Debtor 1   Russell D Jolley

Case number (if known) _____

| | | | | | | | Total Claim |
|---|---|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | | 6a. | $ | | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | | 6b. | $ | | 143,259.50 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | | 6c. | $ | | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | | 6d. | $ | | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | | 6e. | $ | | 143,259.50 |

| | | | | | | | Total Claim |
|---|---|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | | 6f. | $ | | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | | 6g. | $ | | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | | 6h. | $ | | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | | 6i. | $ | | 3,448,180.25 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | | 6j. | $ | | 3,448,180.25 |

12/18/19  9:23AM

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Russell D Jolley |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  Verizon Wireless<br>Bankruptcy Administration<br>500 Technology Drive, Suite 550<br>Saint Charles, MO 63304 | Family month-to-month cell phone plan. $242/month, 3 lines. |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Russell D Jolley | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Classic Excavation LLC<br>4297 Scenic Acres Drive<br>Riverton, UT 84096 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.100___<br>☐ Schedule G _____<br>US Bank |
| 3.2 | Classic Excavation LLC<br>4297 Scenic Acres Drive<br>Riverton, UT 84096 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>American First Credit Union |
| 3.3 | Classic Excavation LLC<br>4297 Scenic Acres Drive<br>Riverton, UT 84096 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>CORE & MAIN LP |

| Debtor 1 | Russell D Jolley | Case number *(if known)* | |
|---|---|---|---|

| ■ Additional Page to List More Codebtors | |
|---|---|
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.4 | Classic Excavation LLC<br>4297 Scenic Acres Drive<br>Riverton, UT 84096 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.90___<br>☐ Schedule G _____<br>SUNBELT RENTAL |
|---|---|---|
| 3.5 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>A-CORE CONCRETE CUTTING |
| 3.6 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.1___<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.7 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.2___<br>☐ Schedule G _____<br>UTAH STATE TAX COMMISSION |
| 3.8 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>ACCENAGROUP |
| 3.9 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>ADOBE ROCK PRODUCTS |
| 3.10 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>AHERN RENTALS |
| 3.11 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>AMERICAN TESTING SERVICES INC. |

Debtor 1    Russell D Jolley _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>BIG RED PAVING |
| 3.13  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>BRUNDAGE BONE CONCRETE PUMPING |
| 3.14  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>BURBIDGE CONCRETE PUMPING |
| 3.15  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>BUSY BUSY |
| 3.16  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>CAT COMMERCIAL REVOLVING CARD |
| 3.17  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>CAT FINANCIAL |
| 3.18  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>DANIEL GARCIA |
| 3.19  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>Landon Carter |

| Debtor 1 | Russell D Jolley | Case number (if known) | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.20 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.102___<br>☐ Schedule G _____<br>Vladimir Dominguez |
| 3.21 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>Kameron Knobel |
| 3.22 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>Nathaniel Lucas |
| 3.23 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>Nathan Pehrson |
| 3.24 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>Giancarlo Pinon |
| 3.25 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.107___<br>☐ Schedule G _____<br>William Schulz |
| 3.26 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>Codi Woner |
| 3.27 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>Big D Construction |

Debtor 1    Russell D Jolley _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>CHRISTENSEN OIL COMPANY |
| 3.29  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>CINCINNATI INSURANCE COMPANY |
| 3.30  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>CLIFTON LARSON ALLEN |
| 3.31  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>COMMERCIAL TIRE |
| 3.32  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>CORE & MAIN LP |
| 3.33  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>CTC MANAGEMENT, INC |
| 3.34  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>D.C & M LANDSCAPE |
| 3.35  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>DIAMOND RENTAL |

Debtor 1   Russell D Jolley _____     Case number *(if known)* _____

| | Additional Page to List More Codebtors | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.36 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>DIANES TESTING SERVICES LLC |
| 3.37 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>DUDLEY CONCRETE PUMPING |
| 3.38 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>ECCO EQUIPMENT CORP |
| 3.39 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>ELITE HYDRO SERVICES |
| 3.40 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>EQUIPMENT TRANSPORT, INC |
| 3.41 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>EVAN'S GRADER AND PAVING |
| 3.42 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.37___<br>☐ Schedule G _____<br>FABco LLC |
| 3.43 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>FOR SHOR COMPANY |

| Debtor 1 | Russell D Jolley | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | | |
|---|---|---|
| 3.44 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>G-N TRUCKING |
| 3.45 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>GENE PETERSON CONCRETE, INC |
| 3.46 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.41___<br>☐ Schedule G _____<br>GENEVA PIPE COMPANY |
| 3.47 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.42___<br>☐ Schedule G _____<br>GERDTS CONCRETE |
| 3.48 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.44___<br>☐ Schedule G _____<br>HAMMERS AUTOMOTIVE |
| 3.49 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.45___<br>☐ Schedule G _____<br>HARPER CONSTRUCTION MATERIAL |
| 3.50 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.46___<br>☐ Schedule G _____<br>HD SUPPLY  /WHITE CAP |
| 3.51 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.47___<br>☐ Schedule G _____<br>HERRIMAN CITY |

Debtor 1    Russell D Jolley _____    Case number *(if known)* _____

| | | |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>HONNEN EQUIPMENT |
| 3.53  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>HOWE RENTS |
| 3.54  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.50___<br>☐ Schedule G _____<br>JACK B PARSON COMPANIES |
| 3.55  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>JC PATERSON TRUCKING |
| 3.56  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.52___<br>☐ Schedule G _____<br>JOHN DEERE FINANCIAL |
| 3.57  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.53___<br>☐ Schedule G _____<br>Jonathan G. Hammer |
| 3.58  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.54___<br>☐ Schedule G _____<br>JR SMITH TRANSPORT LLC |
| 3.59  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.56___<br>☐ Schedule G _____<br>KEVIN D MAJOR, INC |

Debtor 1    Russell D Jolley _____    Case number *(if known)* _____

| | |
|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.60  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.57__<br>☐ Schedule G _____<br>KOMATSU EQUIPMENT |
| 3.61  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>KOMATSU FINANCIAL |
| 3.62  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.60__<br>☐ Schedule G _____<br>LARRYS TOWING |
| 3.63  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>LBH Construction, Inc. |
| 3.64  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>LG CONCRETE LLC |
| 3.65  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>LILY POOLE |
| 3.66  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.64__<br>☐ Schedule G _____<br>M & R TRANSPORTATION |
| 3.67  Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.65__<br>☐ Schedule G _____<br>MORGAN ASPHALT |

Debtor 1    Russell D Jolley
_____

Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.68 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>NACM - DURA-CRETE |
| 3.69 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>NACM - Mile High Transport |
| 3.70 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>OLDCASTLE INFRASTRUCTURE |
| 3.71 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>PACIFIC WEST |
| 3.72 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>PDR Group |
| 3.73 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>PECK STRIPING |
| 3.74 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>PECK TRAFFIC SAFETY, LLC |
| 3.75 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.78___<br>☐ Schedule G _____<br>PETES DIESEL REPAIR INC |

Debtor 1   Russell D Jolley _____      Case number *(if known)* _____

| | |
|---|---|
| ▮ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.76  Legendary X, Inc.
4381 N Cochrane Lane
ERDA, UT 84074

☐ Schedule D, line _____
■ Schedule E/F, line __4.79__
☐ Schedule G _____
PHILLIPS HEAVY EQUIPMENT

---

3.77  Legendary X, Inc.
4381 N Cochrane Lane
ERDA, UT 84074

☐ Schedule D, line _____
■ Schedule E/F, line __4.80__
☐ Schedule G _____
PREFFERED PAVING

---

3.78  Legendary X, Inc.
4381 N Cochrane Lane
ERDA, UT 84074

☐ Schedule D, line _____
■ Schedule E/F, line __4.81__
☐ Schedule G _____
QUALITY TIRE

---

3.79  Legendary X, Inc.
4381 N Cochrane Lane
ERDA, UT 84074

☐ Schedule D, line _____
■ Schedule E/F, line __4.82__
☐ Schedule G _____
RIVERTON HARDWARE AND BUILDING

---

3.80  Legendary X, Inc.
4381 N Cochrane Lane
ERDA, UT 84074

☐ Schedule D, line _____
■ Schedule E/F, line __4.83__
☐ Schedule G _____
ROCKY MOUNTAIN POWER

---

3.81  Legendary X, Inc.
4381 N Cochrane Lane
ERDA, UT 84074

☐ Schedule D, line _____
■ Schedule E/F, line __4.84__
☐ Schedule G _____
ROCKY MOUNTAIN TAPPING

---

3.82  Legendary X, Inc.
4381 N Cochrane Lane
ERDA, UT 84074

☐ Schedule D, line _____
■ Schedule E/F, line __4.85__
☐ Schedule G _____
ROCKY MOUTAIN TRANSIT & LASER

---

3.83  Legendary X, Inc.
4381 N Cochrane Lane
ERDA, UT 84074

☐ Schedule D, line _____
■ Schedule E/F, line __4.87__
☐ Schedule G _____
Scooter Hammer

---

Debtor 1   Russell D Jolley

Case number *(if known)*

___

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.84   Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.86___<br>☐ Schedule G _____<br>SCHMUTZ & MOHLMAN |
| 3.85   Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.88___<br>☐ Schedule G _____<br>STAKER PARSON |
| 3.86   Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>SUNBELT RENTAL |
| 3.87   Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.91___<br>☐ Schedule G _____<br>SUPERIOR PIPE LLC |
| 3.88   Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>Pentalon Construction |
| 3.89   Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.93___<br>☐ Schedule G _____<br>TIMP RENTALS |
| 3.90   Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.94___<br>☐ Schedule G _____<br>TOM RANDALL DISTRIBUTING |
| 3.91   Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.95___<br>☐ Schedule G _____<br>TRENCH SHORING SERVICES |

| Debtor 1 | Russell D Jolley | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.92 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.96___<br>☐ Schedule G _____<br>TWIN D INC |
| 3.93 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.97___<br>☐ Schedule G _____<br>UNDERGROUND SAFETY & EQUIPMENT |
| 3.94 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>UNITED RENTAL |
| 3.95 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.101___<br>☐ Schedule G _____<br>US BANK |
| 3.96 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.103___<br>☐ Schedule G _____<br>WASATCH IT |
| 3.97 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.105___<br>☐ Schedule G _____<br>WESTERN PAVING INC. |
| 3.98 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>WHEELER MACHINERY CO |
| 3.99 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.108___<br>☐ Schedule G _____<br>WORKERS COMPENSATION INSURANCE |

| Debtor 1 | Russell D Jolley | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10 0 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.109__<br>☐ Schedule G _____<br>WORLDWIDE RENTAL SERVICES |
| 3.10 1 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.110__<br>☐ Schedule G _____<br>ZION BANK |
| 3.10 2 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.99__<br>☐ Schedule G _____<br>Updwell |
| 3.10 3 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.104__<br>☐ Schedule G _____<br>Wasatch Residential |
| 3.10 4 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.32__<br>☐ Schedule G _____<br>Eastridge Herriman, LLC |
| 3.10 5 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.66__<br>☐ Schedule G _____<br>Mountain America Credit Union |
| 3.10 6 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>ALISHA UNUTOA |
| 3.10 7 | Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.67__<br>☐ Schedule G _____<br>Mountain America Credit Union |

Debtor 1    Russell D Jolley _____

Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>8   Scooter Hammer<br>4381 N Cochrane Lane<br>Tooele, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.1___<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.10<br>9   Scooter Hammer<br>4381 N Cochrane Lane<br>Tooele, UT 84074 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.2___<br>☐ Schedule G _____<br>UTAH STATE TAX COMMISSION |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Russell D Jolley |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                              12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | Manager/ Owner | Closer and Funder |
| | Employer's name | Classic Excavation LLC | Caliber Home Loans, Inc. |
| | Employer's address | 4297 Scenic Acres Drive<br>Riverton, UT 84096 | 1525 S Beltline Rd<br>Coppell, TX 75019 |
| | How long employed there? | 0 Years, 4 Months | 4.5 years |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,640.00 | $ 5,200.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 3,640.00 | $ 5,200.00 |

Debtor 1   Russell D Jolley

Case number (*if known*)

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $  3,640.00 | $  5,200.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $  743.51 | $  1,282.67 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $  0.00 | $  0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $  0.00 | $  266.50 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $  0.00 | $  0.00 |
| 5e. **Insurance** | 5e. | $  0.00 | $  663.00 |
| 5f. **Domestic support obligations** | 5f. | $  0.00 | $  0.00 |
| 5g. **Union dues** | 5g. | $  0.00 | $  0.00 |
| 5h.+ **Other deductions.** Specify: | 5h.+ | $  0.00 + | $  0.00 |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $  743.51 | $  2,212.17 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $  2,896.49 | $  2,987.83 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  0.00 | $  225.00 |
| 8b. **Interest and dividends** | 8b. | $  0.00 | $  0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  0.00 | $  0.00 |
| 8d. **Unemployment compensation** | 8d. | $  0.00 | $  0.00 |
| 8e. **Social Security** | 8e. | $  0.00 | $  0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $  0.00 | $  0.00 |
| 8g. **Pension or retirement income** | 8g. | $  0.00 | $  0.00 |
| 8h.+ **Other monthly income.** Specify: | 8h.+ | $  0.00 + | $  0.00 |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $  0.00 | $  225.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $  2,896.49 + | $  3,212.83  = | $  6,109.32 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:   Payments from Classic Excavation for office/garage space    11. +$  2,500.00

Payments from Classic Excavation for internet and phone    $  500.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. | $  9,109.32

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:   Debtor has started driving for Uber within the last week as a way to make additional income. He has not yet received any income.

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
</table>

| Debtor 1 | Russell D Jolley |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and Debtor 2.
    Do not state the dependents names.

    ■ Yes. Fill out this information for each dependent.............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No   ■ Yes |
| Son | 2 | ☐ No   ■ Yes |
| Daughter | 4 | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ■ No
    ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 2,424.29 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 277.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 100.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 250.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    Russell D Jolley                                          Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 230.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 90.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 320.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 600.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 1,160.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 30.00 |
| 10. | **Personal care products and services** | | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 75.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 63.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 139.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: UT Tax | | 16. $ | 160.00 |
| | Specify: Federal Tax | | $ | 229.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 660.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 367.23 |
| | 17c. | Other. Specify: Dump Trailer | 17c. $ | 134.11 |
| | 17d. | Other. Specify: AFCU LOC | 17d. $ | 50.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 650.00 |
| | 20b. | Real estate taxes | 20b. $ | 60.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 70.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 75.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 170.00 |
| 21. | **Other:** Specify: Gym | | 21. +$ | 12.00 |
| | Dog | | +$ | 70.00 |
| | Dance and Gymnastics | | +$ | 100.00 |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 8,815.63 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 8,815.63 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 9,109.32 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 8,815.63 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | 293.69 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1          Russell D Jolley
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
                                                  *Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Russell D Jolley                              X _____
  Russell D Jolley                                    Signature of Debtor 2
  Signature of Debtor 1

  Date    December 18, 2019                           Date _____

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Russell D Jolley |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 4966 Duncan Meadow Lane Riverton, UT 84096 | From-To: 3/2015 - 4/2017 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $18,560.86 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    Russell D Jolley

Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $80,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $80,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No.
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $0.00 | Rental | $10,125.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | | $0.00 | Rental | $13,500.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | | $0.00 | Rental | $13,500.00 |

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.    Go to line 7.

■ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1    Russell D Jolley                                      Case number (*if known*) _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Wells Fargo Home Mortgage<br>PO 51162<br>Los Angeles, CA 90051-5462 | 09-01-2019,<br>08-01-2019,<br>07-01-2019 | $7,272.87 | $405,637.46 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Pacific West, LLC vs. Legendary X,<br>Inc., and Russell Jolley<br>199915155 | Debt Collection | Third District Court<br>Salt Lake County, State of<br>Utah | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| MILE HIGH CONTRACTING INC vs.<br>LEGENDARY X INC, SCOOTER<br>HAMMER and RUSSELL JOLLEY<br>180903130 | Contracts | Third District Court<br>Salt Lake County, State of<br>Utah | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

Debtor 1    Russell D Jolley          Case number *(if known)* _____

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Schmutz & Mohlman<br>190 N. Main St.<br>Suite 100<br>Bountiful, UT 84010-7745<br>chrisschmutz.pc@gmail.com | Attorney Fees | 11/26/2019 | $1,000.00 |

Debtor 1     Russell D Jolley

Case number *(if known)*

---

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Facebook buyer | Snowboard bindings | $80.00 | 2019 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Mountain America Credit Union<br>5382 w Daybreak Parkway<br>South Jordan, UT 84095 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br><br>■<br>Other__Promotional checking/savings account to obtain better rate on a loan.  Debtor had small balance initially but account fees used up all funds in account. | 2019 | $0.00 |

---

Debtor 1    Russell D Jolley                                          Case number *(if known)*

---

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☐ No
    ■ Yes. Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Debtor's father-in-law | 4297 Scenic Acres Dr.<br>Herriman, UT 84096 | Bicycles | $200.00 |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

---

12/18/19  9:23AM

Debtor 1    Russell D Jolley                                    Case number *(if known)*

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

**Part 11:** Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Classic Excavation LLC<br>4297 Scenic Acres Drive<br>Riverton, UT 84096 | Excavation<br><br>Brandy Stapleton | EIN:        84-2036238<br><br>From-To   6/14/2019 |
| Legendary X, Inc.<br>4381 N Cochrane Lane<br>ERDA, UT 84074 | Excavating | EIN:<br><br>From-To   2015-2019 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Russell D Jolley
_____          Case number *(if known)* _____

---

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Russell D Jolley
_____          _____
Russell D Jolley                                                **Signature of Debtor 2**
**Signature of Debtor 1**

Date   December 18, 2019                                   Date   _____
_____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1        Russell D Jolley
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number
(if known)        _____

☐ Check if this is an
   amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
| --- | --- |

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: America First Credit Union<br><br>Description of property securing debt: 2013 Lexus GX460 60000 miles Vehicle: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: Best Buy<br><br>Description of property securing debt: TV | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: Mountain America Credit Union<br><br>Description of property securing debt: 2010 Dodge Ram 2500 160000 miles Vehicle: Partial legal title only--All | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | Russell D Jolley | | Case number (*if known*) | |

| property securing debt: | payments have been made by debtor's company, Classic Excavation. Vehicle is used for company. Vehicle is title in name of Classic Excavation and debtor. | ☐ Retain the property and [explain]: | |

| Creditor's name: | Mountain America Credit Union | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | 2019 CB Trailer Dump Trailer Vehicle: Partial legal title only--All payments have been made by debtor's company, Classic Excavation. Vehicle is used for company. Vehicle is title in name of Classic Excavation and debtor. | | |

| Creditor's name: | Wells Fargo Home Mortgage | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt: | 4297 Scenic Acres Drive Riverton, UT 84096 Residence: Primary | | |

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

| Official Form 108 | **Statement of Intention for Individuals Filing Under Chapter 7** | page 2 |

Debtor 1    Russell D Jolley _____    Case number (*if known*) _____

Lessor's name:
Description of leased                                          ☐ No
Property:
                                                              ☐ Yes

| Part 3: | Sign Below |
| --- | --- |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X** /s/ Russell D Jolley _____     **X** _____
    Russell D Jolley                                Signature of Debtor 2
    Signature of Debtor 1


    Date    December 18, 2019 _____     Date    _____

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## Notice Required by 11 U.S.C. § 342(b) for
## Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|   |          |                    |
|---|----------|--------------------|
|   | $1,167   | filing fee         |
| + | $550     | administrative fee |
|   | $1,717   | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

12/18/19  9:23AM

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

**Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

# United States Bankruptcy Court
## District of Utah

In re   Russell D Jolley _____   Case No. _____

_____ Debtor(s)   Chapter   7 _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   December 18, 2019 _____   /s/ Russell D Jolley _____

Russell D Jolley
Signature of Debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy